JUDGE SCHEINDLIN

08 CV 02954

CLOSED, TRADE/PATENT/COPY

# U.S. District Court
## Western District of Kentucky (Louisville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00464-JBC
### Internal Use Only

Caudill Seed & Warehouse Co., Inc. v. Brassica Protection Products LLC
Assigned to: Judge Jennifer B. Coffman
Cause: No cause code entered

Date Filed: 09/04/2007
Date Terminated: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

### Plaintiff

**Caudill Seed & Warehouse Co., Inc.**
*doing business as*
Caudill Seed Co.

represented by **Ann G. Schoen**
Frost Brown Todd LLC
201 E. Fifth Street
2200 PNC Center
Cincinnati, OH 45202
513-651-6128
Fax: 513-651-6981
Email: aschoen@fbtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Patrick O'Brien, III**
Frost Brown Todd LLC
400 W. Market Street
32nd Floor
Louisville, KY 40202-3363
502-568-0205
Fax: 502-581-1087
Email: tobrien@fbtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Brassica Protection Products LLC**

represented by **Erin L. Guy**
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

CERTIFIED
U.S. District Court
Owensboro
Date 3/4/08
By: Deputy Clerk



Louisville, KY 40202-3352
502-779-5812
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Lewis Tate**
Stites & Harbison, PLLC
400 W. Market Street
Suite 1800
Louisville, KY 40202-3352
502-587-3400
Fax: 502-587-6391
Email: jtate@stites.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | COMPLAINT against Brassica Protection Products LLC Filing fee $ 350, receipt number 591936; filed by Caudill Seed & Warehouse Co., Inc.. (Attachments: # 1 Exhibit A - Patent # Re. 36,784# 2 Exhibit B - Patent # 5,725,895# 3 Exhibit C - Patent # 5,968,567# 4 Exhibit D - Patent # 5,968,505# 5 Exhibit E - Patent # 6,177,122 B1# 6 Exhibit F - Patent # 6,521,818 B1# 7 Exhibit G - Patent # 6,242,018 B1# 8 Exhibit H - Patent # 6,737,441 B2# 9 Tendered Summons# 10 Cover Sheet) (JBM) (Entered: 09/05/2007) |
| 09/04/2007 | 2 | Case Assignment (Random Selection): Case Assigned to Judge Jennifer B. Coffman. Magistrate designation: Dave Whalin. (JBM) (Entered: 09/05/2007) |
| 09/04/2007 | 3 | Corporate Disclosure Statement by Caudill Seed & Warehouse Co., Inc.. (JBM) (Entered: 09/05/2007) |
| 09/05/2007 | 4 | NOTICE of Filing or Determination re: Patent or Trademark re 1 Complaint. (JBM) (Entered: 09/05/2007) |
| 09/06/2007 | 5 | Summons Issued as to Brassica Protection Products LLC. (JBM) (Entered: 09/06/2007) |
| 10/04/2007 | 6 | SUMMONS Returned Executed by Caudill Seed & Warehouse Co., Inc.. Brassica Protection Products LLC served on 9/26/2007, answer due 10/16/2007. (JBM) (Entered: 10/09/2007) |
| 10/11/2007 | 7 | MOTION for Ann G. Schoen to Appear Pro Hac Vice Filing fee $ 65, receipt number 610681.by Caudill Seed & Warehouse Co., Inc..Responses due by 10/29/2007 (Attachments: # 1 Affidavit of Ann G. Schoen# 2 Proposed Order) (O'Brien, Thomas) (Entered: 10/11/2007) |



| 10/15/2007 | 8 | STIPULATION *EXTENDING TIME* by Brassica Protection Products LLC. (Tate, John) (Entered: 10/15/2007) |
|---|---|---|
| 11/01/2007 | 9 | STIPULATION *Extending Time* by Caudill Seed & Warehouse Co., Inc., Brassica Protection Products LLC. (Tate, John) (Entered: 11/01/2007) |
| 11/15/2007 | 10 | STIPULATION *Extending Time* by Caudill Seed & Warehouse Co., Inc., Brassica Protection Products LLC. (O'Brien, Thomas) (Entered: 11/15/2007) |
| 12/06/2007 | 11 | MOTION to Dismiss *Stay or Transfer This Action* by Defendant Brassica Protection Products LLC Responses due by 12/24/2007 (Attachments: # 1 Memorandum in Support, # 2 Affidavit Powers, # 3 Exhibit Powers Ex. A, # 4 Exhibit Powers Ex. B, # 5 Exhibit Powers Ex C, # 6 Errata Powers Ex. D, # 7 Exhibit Powers Ex. E, # 8 Exhibit Powers - Ex. F, # 9 Exhibit Powers - Ex. G, # 10 Exhibit Powers - Ex. H, # 11 Exhibit Powers - Ex. I, # 12 Affidavit Talalay - Declaration, # 13 Exhibit Talalay - Ex. A, # 14 Exhibit Talalay - Ex. B, # 15 Exhibit Talalay - Ex. C, # 16 Exhibit 1 - part 1, # 17 Exhibit 1 - part 2) (Tate, John) (Additional attachment(s) added on 12/7/2007: # 18 Proposed Order) (JBM). (Entered: 12/06/2007) |
| 12/20/2007 | 12 | STIPULATION *Extending Time to Reply to Plaintiff's Response to Defendant's Motion to Dismiss, Stay, or Transfer* by Brassica Protection Products LLC. (Tate, John) (Entered: 12/20/2007) |
| 12/20/2007 | 13 | NOTICE by Brassica Protection Products LLC *of Filing Memorandum Opinion and Order* (Attachments: # 1 Memorandum Opinion and Order) (Tate, John) (Entered: 12/20/2007) |
| 12/21/2007 | 14 | RESPONSE to Motion re 11 MOTION to Dismiss *Stay or Transfer This Action* filed by Caudill Seed & Warehouse Co., Inc.. Replies due by 1/4/2008. (Attachments: # 1 Exhibit 1 - Declaration of Dan Caudill 11-20-07, # 2 Exhibit 2 - Declaration of Dan Caudill 12-21-07, # 3 Exhibit 3 - 895 Patent, # 4 Exhibit 4 - 567 Patent, # 5 Exhibit 5 - 122 Patent, # 6 Exhibit 6 - 018 Patent, # 7 Exhibit 7 - Sublicense Agreement 12-06-04, # 8 Exhibit 8 - New York State Complaint, # 9 Exhibit 9 - Exhibit of Kelly Kuhl, # 10 Exhibit 10 - New York Complaint 7844, # 11 Exhibit 11 - Declaration of Antony Talalay, # 12 Exhibit 12 - Initial Disclosures of Brassica, # 13 Exhibit 13 - Initial Disclosures of Caudill Seed, # 14 Exhibit 14 - Declaration of Thomas P. O'Brien III, # 15 Proposed Order) (O'Brien, Thomas) (Entered: 12/21/2007) |
| 12/21/2007 | 15 | MOTION for Preliminary Injunction *(Plaintiff's Motion to Enjoin Prosecution of Defendant's Later-Filed Patent Infringement Suit in the Southern District of New York* by Plaintiff Caudill Seed & Warehouse Co., Inc. Responses due by 1/8/2008 (Attachments: # 1 Exhibit Case Law Part 1, # 2 Exhibit Case Law Part 2, # 3 Exhibit Case Law Part 3, # 4 Exhibit 1 - Declaration of Dan Caudill 11-20-07, # 5 Exhibit 2 - Declaration of Dan Caudill 12-21-07, # 6 Exhibit 3 - 895 patent, # 7 Exhibit 4 - 567 Patent, # 8 Exhibit 5 - 122 Patent, # 9 Exhibit 6 - 018 Patent, # 10 Exhibit 7 - Sublicense Agreement 12-06-04, # 11 Exhibit 8 - New York State |



| | | |
|---|---|---|
| | | Complaint, # 12 Exhibit 9 - Declaration of Kelly Kuhl, # 13 Exhibit 10 - New York Complaint 7844, # 14 Exhibit 11 - Declaration of Antony Talalay, # 15 Exhibit 12 - Initial Disclosures of Brassica, # 16 Exhibit 13 - Initial Disclosures of Caudill Seed, # 17 Exhibit 14 - Declaration of Thomas P. O'Brien III, # 18 Proposed Order) (O'Brien, Thomas) (Additional attachment(s) added on 12/26/2007: # 19 Memorandum in Support) (JBM). (Entered: 12/21/2007) |
| 12/21/2007 | 🗨16 | BRIEF *in Support of Plaintiff's Motion to Enjoin Prosecution of Defendants Later-Filed Patent Infringement Suit in the Southern District of New York* by Caudill Seed & Warehouse Co., Inc.. (O'Brien, Thomas) (Entered: 12/21/2007) |
| 12/27/2007 | 🗨17 | NOTICE OF FILING CASE LAW by Caudill Seed & Warehouse Co. Inc. re 14 Response to Motion (Attachments: # 1 Exhibit Case Law Part 1, # 2 Exhibit Case Law Part 2, # 3 Exhibit Case Law Part 3) (O'Brien, Thomas) Modified text on 12/28/2007 (JBM). (Entered: 12/27/2007) |
| 01/03/2008 | 🗨18 | ORDER granting 7 Motion to Appear Pro Hac Vice. Signed by Judge Jennifer B. Coffman on 01/02/2008. cc:counsel (CSD) (Entered: 01/03/2008) |
| 01/03/2008 | 🗨19 | STIPULATION AND ORDER by Judge Jennifer B. Coffman on 01/02/2008 that reply re 11 MOTION to Dismiss *Stay or Transfer This Action* due 01/09/2008. cc:counsel (CSD) (Entered: 01/03/2008) |
| 01/07/2008 | 🗨20 | MOTION for Hearing */Oral Argument* by Plaintiff Caudill Seed & Warehouse Co., Inc. Responses due by 1/25/2008 (Attachments: # 1 Proposed Order) (O'Brien, Thomas) (Entered: 01/07/2008) |
| 01/09/2008 | 🗨21 | REPLY to Response to Motion re 11 MOTION to Dismiss *Stay or Transfer This Action* filed by Brassica Protection Products LLC. (Attachments: # 1 Affidavit Powers Affidavit, # 2 Exhibit Powers Affidavit-Exhibit A, # 3 Exhibit Powers Affidavit-Exhibit B, # 4 Exhibit Powers Affidavit-Exhibit C, # 5 Affidavit Talalay Declaration, # 6 Exhibit Unpublished Cases-Part 1, # 7 Exhibit Unpublished Cases-Part 2) (Tate, John) (Entered: 01/09/2008) |
| 01/10/2008 | 🗨22 | MOTION for Extension of Time to File Response/Reply *and to Postpone Briefing on Caudill's request to enjoin the USDC, Southern District of New York* by Defendant Brassica Protection Products LLC Responses due by 1/22/2008 (Attachments: # 1 Proposed Order) (Tate, John) (Entered: 01/10/2008) |
| 01/22/2008 | 🗨23 | RESPONSE to Motion re 22 MOTION for Extension of Time to File Response/Reply *and to Postpone Briefing on Caudill's request to enjoin the USDC, Southern District of New York* filed by Caudill Seed & Warehouse Co., Inc.. Replies due by 2/5/2008. (Schoen, Ann) (Additional attachment(s) added on 1/23/2008: # 1 Proposed Order) (JBM). (Entered: 01/22/2008) |

| 01/23/2008 | ●24 | NOTICE by Caudill Seed & Warehouse Co., Inc. re 23 Response to Motion, *of Filing Proposed Order* (Attachments: # 1 Proposed Order) (Schoen, Ann) (Entered: 01/23/2008) |
|---|---|---|
| 02/12/2008 | ●25 | ORDER granting 22 Motion for extension of time. Signed by Judge Jennifer B. Coffman on 02/11/2008. cc:counsel (CSD) Modified link on 2/13/2008 (Mayfield, Jason). (Entered: 02/12/2008) |
| 02/13/2008 | ●26 | ORDER granting 20 Motion for Hearing; Motion Hearing re: 11 Motion to dismiss, stay or transfer set for 2/20/2008 at 4:30 PM in Courtroom before Judge Jennifer B. Coffman.. Signed by Judge Jennifer B. Coffman on 2/13/08. cc:counsel, TC (JBM) (Entered: 02/13/2008) |
| 02/19/2008 | ●27 | SUPPLEMENT re 11 Motion to Dismiss,, (Attachments: # 1 Exhibit A-Supplemental Authority) by Brassica Protection Products LLC. (Tate, John) (Entered: 02/19/2008) |
| 02/27/2008 | ●28 | MEMORANDUM OPINION AND ORDER by Judge Jennifer B. Coffman on 2/27/08; Amended motion to transfer 11 is GRANTED; Matter is TRANSFERRED to the USDC-SDNY; Remaining motions are DENIED AS MOOT.cc:counsel. SDNY (JBM) (Entered: 02/27/2008) |
| 02/27/2008 | ●29 | NOTICE LETTER sent to the USDC-SDNY re 28 Order Transferring Case (JBM) (Entered: 02/27/2008) |